55983. GEORGIA POWER COMPANY v. TAYLOR.

QUILLIAN, Presiding Judge.

The evidence was sufficient to support the award of the State Board of Workmen's Compensation granting the claimant a lump sum payment.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED JUNE 7, 1978 — DECIDED JULY 14, 1978 —
REHEARING DENIED JULY 31, 1978 —

*Neely, Neely & Player, Edgar A. Neely, Jr., Andrew J. Hamilton,* for appellant.

*Mundy & Gammage, E. Lamar Gammage, Jr., John E. Strain,* for appellee.